# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-26 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| GERALD Q. THOMPSON ) | Magistrate Judge Dumitru |
| ) | |

**ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to the lesser included offense of the charge in Count One of the Indictment, that is, possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (the "Lesser Included Offense"); (3) adjudicate Defendant guilty of the Lesser Included Offense; (4) defer a decision on whether to accept the plea agreement [Doc. 23] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 27]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 27] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to the Lesser Included Offense is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the Lesser Included Offense;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **December 11, 2025 at 2:00 p.m. EASTERN TIME** before the undersigned.

   **SO ORDERED**.

   　　　　　　　　　　　　　　　　　　　　*/s/ Charles E. Atchley, Jr.*
   　　　　　　　　　　　　　　　　　　　　**CHARLES E. ATCHLEY, JR.**
   　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**